UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

SYLVIA KING, )
                                )
           Plaintiff, )
                                )     **JUDGMENT IN A CIVIL CASE**
    v. )
                                )     **CASE NO. 5:20-CV-440-BO**
KILOLO KIJAKAZI, Acting Commissioner of )
Social Security, )
           Defendant. )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings.

**This Judgment Filed and Entered on September 23, 2021, and Copies To:**
Derrick Kyle Arrowood                                    (via CM/ECF electronic notification)
Mark J. Goldenberg                                           (via CM/ECF electronic notification)

DATE:                                    PETER A. MOORE, JR., CLERK
September 23, 2021                       (By) /s/ Nicole Sellers
                                                  Deputy Clerk